UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY A. MARTINEZ,

                Plaintiff,

-against-

DONALD TRUMP, et al.,

                Defendants.

1:21-CV-1676 (CM)

ORDER OF DISMISSAL

COLLEEN McMAHON, United States District Judge:

By order dated February 26, 2021, the Court directed Plaintiff, within thirty days, to submit a completed prisoner authorization or pay the $402.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of this action. Plaintiff has not filed a prisoner authorization or paid the relevant fees. Accordingly, this action is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: April 29, 2021
         New York, New York

                                                  COLLEEN McMAHON
                                           United States District Judge