UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY A. MARTINEZ,

                Plaintiff,

-against-

DONALD TRUMP, et al.,

                Defendants.

1:21-CV-1676 (CM)

CIVIL JUDGMENT

COLLEEN McMAHON, United States District Judge:

Pursuant to the order issued April 29, 2021, dismissing this action without prejudice,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice for Plaintiff's failure to submit a completed prisoner authorization or pay the $402.00 in relevant fees. *See* 28 U.S.C. §§ 1914, 1915.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: April 29, 2021
        New York, New York

                                              COLLEEN McMAHON
                                             United States District Judge